*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

| | |
|---|---|
| **Giorgi Mezvrishvili** | Case No.   1:26-cv-00635 |
| Plaintiff | |
| | |
| VS. | Judge   ALEXANDER C VAN HOOK |
| **Brian ACUNA**, | Magistrate Judge   KAYLA D MCCLUSKY |
| Field Office Director of | |
| Enforcement and Removal | |
| Operations, Immigration and | |
| Customs Enforcement; **Kristi** | |
| **NOEM**, | |
| Secretary, U.S. Department of Homeland | |
| Security; U.S. DEPARTMENT OF | |
| HOMELAND SECURITY; | |
| **Pamela BONDI**, | |
| U.S. Attorney General; EXECUTIVE | |
| OFFICE FOR IMMIGRATION | |
| REVIEW; | |
| **Warden,** | |
| Warden of RIVER CORRECTIONAL | |
| CENTER | |
| | |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>LEONARD R. GENDELBERG</u> be and is hereby admitted to the

bar of this Court pro hac vice on behalf of <u>GIORGI MEVRISHVILI</u> in the above described

action.

SO ORDERED on this, the __6th__ day of __March__, 20 _26_ .

_____
U.S. Magistrate Judge