**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GIORGI MEZVRISHVILI | CIVIL ACTION NO. 26-0635 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA, ET AL. | MAGISTRATE JUDGE McCLUSKY |

## ORDER

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 15, the petitioner's Petition for Writ of Habeas Corpus, Record Document 1, the government's response to Petition for Writ of Habeas Corpus, Record Document 13, as well as petitioner's reply to the government's opposition, Record Document 14, and objections herein, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that petitioner's Petition for Writ of Habeas Corpus, Record Document 1, is **DENIED AND DISMISSED WITH PREJUDICE.**

**DONE AND SIGNED** at Shreveport, Louisiana, this 26th day of May, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE